## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY LUCRETIA CLARK, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 26-104 |
| | : | |
| PHILADELPHIA PARKING | : | |
| AUTHORITY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of June, 2026, upon consideration of Plaintiff Joy Lucretia Clark's Amended Complaint (Doc. No. 12), and Second Amended Complaint (Doc. No. 13). it is **ORDERED** that:

1.      Leave to amend Clark's Amended Complaint is **GRANTED.**

2.      For the reasons stated in the Court's Memorandum, Clark's Second Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  No further leave to amend is given because it would be futile.

3.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**